

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGES NITA L. STORMES AND KAREN S. CRAWFORD TO MAGISTRATE JUDGE WILLIAM V. GALLO | TRANSFER ORDER |

Pursuant to General Order No. 640, which provides for the reassignment of cases for good cause, **IT IS HEREBY ORDERED** that the following cases are transferred from the calendars of the Honorable Nita L. Stormes and the Honorable Karen S. Crawford, to the calendar of the Honorable William V. Gallo, for all further proceedings.

All scheduling dates such as discovery deadlines, and any hearing or deadline dates set before any district judge, remain unchanged. All conference or hearing dates currently set before Magistrate Judge Stormes or Magistrate Judge Crawford that require telephonic or personal appearances, if any, are **VACATED** and will be rescheduled before Magistrate Judge Gallo.

/ / /

/ / /

/ / /

/ / /

1

1. 13-cv-02016-GPC, *Industrial Technology Research Institute v. LG Electronics Inc. et al*
2. 14-cv-00873-BEN, *Toesox, Inc. v. Icon Health & Fitness Inc. et al*
3. 10-cv-00172-JAH, *Selfhelpworks.com, Inc. v. 1021018 Alberta LTD. et al*
4. 12-cv-02411-BAS, *Tangorra v. ING USA Annuity and Life Insurance Company et al*
5. 14-cv-00072-JAH, *S.B. et al v. San Diego, County of et al*
6. 14-cv-00117-BTM, *Schutza v. Rehmann et al*

**IT IS SO ORDERED.**

Dated: 6-26-14

NITA L. STORMES
United States Magistrate Judge

Dated: 6/26/14

KAREN S. CRAWFORD
United States Magistrate Judge

Dated: 6/30/14

WILLIAM V. GALLO
United States Magistrate Judge

Dated: July 2, 2014

BARRY TED MOSKOWITZ
United States Chief District Judge

2