

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Toesox, Inc.

**Plaintiff,**

v.

ICON Health & Fitness, Inc.

**Defendant.**

Civil No. __3:14-873__

## PRO HAC VICE APPLICATION

ICON Health & Fitness, Inc.
Party Represented

I, __Terry E. Welch__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Parr Brown Gee & Loveless
Street address: 101 South State Street Ste 700
City, State, ZIP: Salt Lake City, Utah 84111
Phone number: 801-532-7840
Email: twelch@parrbrown.com

That on __Sept. 2, 1990__ I was admitted to practice before __U.S. Dist. Ct. for the Dist. of Utah__
(Date)                                                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have)   ☒ have not)   concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____  Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*(Signature of Applicant)*

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Chad S. Pehrson                                      801-257-7989
(Name)                                               (Telephone)

Parr Brown Gee & Loveless
(Firm)

101 S. 200 East, Ste. 700, Salt Lake City, Utah 84111
(Street)                                             (City)                (Zip code)

*(Signature of Applicant)*

I hereby consent to the above designation.

*(Signature of Designee Attorney)*